# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

SANDY OU,

Appellant,

v.

XUE ZHEN CHEN,

Appellee.

No. 2D2024-0298

———————————————

August 21, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for Hillsborough County; Richard H. Martin, Judge.

Sandy Ou, pro se.

Joseph Knape, Orlando, for Appellee.


PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.